# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DASHMESH ENTERPRISES, INC., et al., <br>     Plaintiff(s), <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendant(s). | Case No.: 2:19-cv-01655-GMN-NJK <br> **ORDER** <br> (Docket No. 8) |

Pending before the Court is Defendant's motion for an extension of time to respond to Plaintiffs' complaint. Docket No. 8. A response to Defendant's motion shall be filed no later than December 12, 2019, and any reply shall be filed no later than December 13, 2019.

IT IS SO ORDERED.

Dated: December 9, 2019

Nancy J. Koppe
United States Magistrate Judge

1