IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION



FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
DEC 1 2 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

DASHMESH ENTERPRISES, INC. A
NEVADA CORPORATION D/B/A
YOUR STOP, and
RAVINDER S. GREWAL, an Individual,
and
RAJWANT K. GREWAL, an Individual
Plaintiffs,

v.

UNITED STATES OF AMERICA,
Defendant.

CASE NO. 2:19-cv-01655-GMN-NJK

MOTION FOR 20 DAY EXTENSION OF TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANT'S DECEMBER 6, 2019 MOTION

Plaintiffs' request this Honorable Court for a twenty (20) day Extension of the deadline of December 12, 2019 to respond to the Defendant's Motion for Extension of Time to find and retain counsel to represent them in this matter.

Dated: October 7, 2019

Respectfully submitted,

_____
Amarjeet Johal
General Manager
Dashmesh Enterprises, Inc.
820 E. Twain Ave., Suite 138
Las Vegas, Nevada 89169
Telephone: 702-372-7442
Email: yourstop820@yahoo.com

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 16, 2019

Page 1 of 1