# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DASHMESH ENTERPRISES, INC, et al.,<br>    Plaintiff(s),<br>v.<br>UNITED STATES OF AMERICA,<br>    Defendant(s). | Case No.: 2:19-cv-01655-GMN-NJK<br>**ORDER**<br>(Docket No. 8) |

Pending before the Court is Defendant's motion for a 60-day extension to file a response to Plaintiffs' complaint. Docket No. 8 at 1. Plaintiffs do not oppose the granting of the motion. *See* Docket No. 12. The Court therefore **GRANTS** the motion. Docket No. 8. Defendant shall file a response to Plaintiffs' complaint no later than February 4, 2020.

IT IS SO ORDERED.

Dated: January 3, 2020

                                                  Nancy J. Koppe
                                                United States Magistrate Judge