# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DASHMESH ENTERPRISES, INC, et al.,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

Case No.: 2:19-cv-01655-GMN-NJK

**ORDER**

(Docket No. 12)

Pending before the Court is Plaintiffs' notice of non-opposition to Defendant's motion for an extension of time and motion requesting specific discovery beyond the administrative record. Docket No. 12. Plaintiffs' request for discovery is improperly included in their notice of non-opposition. If Plaintiffs seek relief from the Court, they must file a motion that complies with all relevant Federal and Local Rules of Practice.

IT IS SO ORDERED.

Dated: January 3, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1