**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DASHMESH ENTERPRISES, INC, et al.,

     Plaintiff(s),

v.

UNITED STATES OF AMERICA,

     Defendant(s).

Case No.: 2:19-cv-01655-GMN-NJK

**ORDER**

(Docket No. 17)

Pending before the Court is Plaintiffs' motion requesting specific discovery beyond the administrative record. Docket No. 17. Defendant failed to respond by the deadline to do so. *See* Docket. That failure constitutes "a consent to the granting of the motion." *See* Local Rule 7-2(d). Accordingly, the Court **GRANTS** the motion. Docket No. 17. All discovery must be completed no later than April 27, 2020.

IT IS SO ORDERED.

Dated: February 25, 2020

                                      _____

Nancy J. Koppe
United States Magistrate Judge

1