UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| **DASHMESH ENTERPRISES, INC. A NEVADA CORPORATION D/B/A YOUR STOP, and RAVINDER S. GREWAL**, an Individual, and **RAJWANT K. GREWAL,** an Individual<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant. | **CASE NO.  2:19-cv-01655-GMN-NJK**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 26) |

Pending before the Court is Plaintiffs' Motion for Extension of Time for Leave to File Amended Complaint, and Memorandum in Support of Plaintiffs' Motion for Extension of Time for Leave to File Amended Complaint.  Docket No. 26. The Court

1 | **GRANTS** the motion.  Docket No. 26.  The Plaintiffs' shall have up to and including
2 |
3 | June 9, 2020 to file their Motion for Leave to File Amended Complaint.
4 |     IT IS SO ORDERED.
5 | Dated: June 9, 2020
6 |                 HONORABLE NANCY J. KOPPE
                UNITED STATES MAGISTRATE JUDGE