John A. Hunt
Nevada Bar No. 1888
CLARK HILL
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
702-862-83300
Email: jhunt@clarkhill.com

Andrew Z. Tapp
Florida Bar No. 68002
*Pro Hac Vice*
METROPOLITAN LAW GROUP, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
813-228-0658
Email: Andrew@Metropolitan.Legal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| **DASHMESH ENTERPRISES, INC. A NEVADA CORPORATION D/B/A YOUR STOP, and RAVINDER S. GREWAL**, an Individual, and **RAJWANT K. GREWAL,** an Individual<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant. | **CASE NO. 2:19-cv-01655-GMN-NJK**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The Plaintiffs, DASHMESH ENTERPRISES, INC. a Nevada Corporation d/b/a YOUR STOP, RAVINDER S. GREWAL, an Individual, and RAJWANT K. GREWAL, an individual, by and through their undersigned counsel, and hereby

respectfully move the Court for an enlargement of time to file its reply brief in opposition to Defendant's Motion For Summary Judgment filed on November 23, 2020 (Doc. 37), from December 14, 2020 up to and including January 4, 2021, and respectfully moves this Honorable Court for an entry of the attached proposed Order.

**CASE HISTORY & BACKGROUND**

1. On November 23, 2020, Defendant's filed their Motion for Summary Judgment (Doc. 37).

2. Local Rule 7-2(b) provides that the Plaintiffs Response to the Defendant's Motion for Summary Judgment is due December 14, 2020.

3. Due to the undersigned's schedule and other pending deadlines in other judicial appeal matters Plaintiffs' counsel believes that such extension is necessary to complete the response to the Defendant's Motion for Summary Judgment.

4. The undersigned's office has conferred with the Defendant's counsel regarding this extension and was advised that the Defendant has no objection to the requested extension.

5. This is the Plaintiffs' first motion to extend time for filing their response in opposition to the Defendant's Motion for Summary Judgment.

6. As such, Plaintiffs request entry of an order granting them an extension up to and including January 4, 2021, an additional twenty-one (21) days, within which to file and serve their Response to the Defendant's Motion for Summary Judgment.

7. The Plaintiffs do not believe the requested extension will result in undue delay of this matter.

**WHEREFORE**, for the reasons set forth above, Plaintiffs, Dashmesh Enterprises, Inc., a Nevada Corporation d/b/a Your Stop, Ravinder S. Grewal, an Individual, Rajwant K. Grewal, an individual, respectfully request this Court enter an order granting the unopposed motion, and granting up to and including January 4, 2021 for the Plaintiffs' Response to the Defendant's Motion for Summary Judgment.

Dated: November 25th, 2020   Respectfully submitted,

By: */s/ Andrew Z. Tapp*
Andrew Z. Tapp (FBN 68002)
*Pro Hac Vice*
METROPOLITAN LAW GROUP, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone:  (813) 228-0658
Facsimile:  (813) 330-3129
Email:  andrew@metropolitan.legal

And

JOHN A. HUNT, ESQ.
Nevada Bar No. 1888
CLARK HILL
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
Telephone:  (702) 862-8300
Facsimile:  (702) 862-840
Email:  jhunt@clarkhill.com

**COUNSEL FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Patrick A. Rose, Esq.
    Patrick.Rose@usdoj.gov

                          */s/ Andrew Z. Tapp*
                           Andrew Z. Tapp (FBN 68002)
                           *Pro Hac Vice*

John A. Hunt
Nevada Bar No. 1888
CLARK HILL
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
702-862-83300
Email:  jhunt@clarkhill.com

Andrew Z. Tapp
Florida Bar No. 68002
*Pro Hac Vice*
METROPOLITAN LAW GROUP, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
813-228-0658
Email:  Andrew@Metropolitan.Legal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| **DASHMESH ENTERPRISES, INC. A NEVADA CORPORATION D/B/A YOUR STOP, and RAVINDER S. GREWAL**, an Individual, and **RAJWANT K. GREWAL,** an Individual<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant. | **CASE NO.  2:19-cv-01655-GMN-NJK**<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 38) |

Pending before the Court is Plaintiffs' Unopposed Motion for Enlargement of Time to File Reply Brief in Opposition to Defendant's Motion for Summary Judgment.  Docket No. 38. The Court having reviewed the unopposed motion

|   |   |
|---|---|
| 1 | therefore **GRANTS** the motion.  Docket No. 38.  The Plaintiffs, Dashmesh Enterprises, Inc., a Nevada Corporation d/b/a Your Stop, Ravinder S. Grewal, an Individual, and Rajwant K. Grewal, an individual may file their reply brief in opposition to Defendant's Motion for Summary Judgment on or before January 4, 2021. |

IT IS SO ORDERED.

Dated this __1__ day of December, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT