# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DASHMESH ENTERPRISES, INC., et al.,<br>    Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | Case No.: 2:19-cv-01655-GMN-NJK<br>**ORDER**<br>[Docket No. 43] |

Pending before the Court is Plaintiffs' motion for leave to file under seal certain exhibits attached to their response to Defendant's motion for summary judgment. Docket No. 43.

Pursuant to the Court's order at Docket No. 36, where the sole ground for a motion to seal is that the opposing party has designated a document as confidential, the opposing party, within seven days of the filing of the motion to seal, must file either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designations and consent to unsealing. Docket No. 36 at 2. If neither filing is made, the Court may order the documents unsealed without further notice. *Id.*

Here, Plaintiffs submit that certain exhibits attached to their response to Defendant's motion for summary judgment should be filed under seal because Defendant has designated these documents as confidential. Docket No. 43-1 at 3, 6. Plaintiffs filed the instant motion on January 6, 2021. Docket No. 43. Defendant, however, has failed to comply with the Court's order. *See* Docket.

Accordingly, Defendant is hereby **ORDERED** to file either a declaration establishing sufficient justification, with appropriate caselaw citations, for sealing each requested document or

a notice of withdrawal of the confidential designation, no later than January 19, 2021. Failure to comply with this order will result in the unsealing of the documents without further notice.

IT IS SO ORDERED.

Dated: January 14, 2021

                                                                  _____
                                                                  Nancy J. Koppe
                                                                  United States Magistrate Judge