1   NICHOLAS A. TRUTANICH
    United States Attorney
2   District of Nevada
    Nevada Bar No. 13644
3   PATRICK A. ROSE
    Assistant United States Attorney
4   Nevada Bar No. 5109
    501 Las Vegas Blvd. So., Suite 1100
5   Las Vegas, Nevada 89101
    (702) 388-6336
6   Patrick.Rose@usdoj.gov
    *Attorneys for Defendant*
7   *United States*

8                **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
9

10  Dashmesh Enterprises, Inc. A Nevada          Case No. 2:19-cv-01655-GMN-NJK
    Corporation d/b/a Your Stop, and Ravinder
11  S. Grewal, an Individual, and Rajwant K.    **Stipulation and Order to Extend**
    Grewal, an Individual                       **Deadline for Reply Brief**
12
                  Plaintiff,                     **(First Request)**
13
14              v.

15  United States of America,

16                Defendants.

17       Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of

18  this Court's Local Rules, the parties, through undersigned counsel, stipulate to a one-week

19  extension, from January 20, 2021 to January 27, 2021, for the United States to file its reply

20  to Plaintiff's opposition (ECF No. 42, filed 01/06/21) to the United States' Motion for

21  Summary Judgment (ECF No. 37, filed 11/23/20). This is the first request to extend the

22  reply deadline, although such deadline resulted from two previous extensions for Plaintiffs'

23  opposition. *See* ECF Nos. 39, 41.

24       Recently, undersigned defense counsel has had to devote time and attention to other

25  matters including two new matters, as well as training webinars. Monday, January 18,

26  2021 is a federal holiday. Defense counsel requires additional time to consult with agency

27  counsel and prepare the reply brief.

28

1   Given these circumstances and other duties, undersigned counsel requests the

2   additional time herein to adequately prepare the reply brief in the present matter.

3   Accordingly, the parties stipulate to extend the deadline for the United States' reply

4   brief from January 20, 2021 to January 27, 2021. This stipulated request is submitted for the

5   reasons explained above, in good faith, and not for purposes of undue delay.

6   Respectfully submitted this 14th day of January 2021.

7   NICHOLAS A. TRUTANICH                    METROPOLITAN LAW GROUP, PLLC
    United States Attorney
8
    /s/ Patrick A. Rose                         /s/ Andrew Z.Tapp
9   PATRICK A. ROSE                           ANDREW Z. TAPP
    Assistant United States Attorney          1971 W. Lumsden Road, #326
10                                            Brandon, Florida 33511-8820
    Attorneys for the United States           Attorney for Plaintiffs
11

12

13

14

15                                  **IT IS SO ORDERED:**

16   Dated this __14__ day of January, 2021.

17

18

19   _____
     Gloria M. Navarro, District Judge
20   UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28