NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov
*Attorneys for Defendant
United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Dashmesh Enterprises, Inc. A Nevada Corporation d/b/a Your Stop, and Ravinder S. Grewal, an Individual, and Rajwant K. Grewal, an Individual<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendants. | Case No. 2:19-cv-01655-GMN-NJK<br><br>Order granting unopposed motion for extension of time<br><br>**(First Request)** |

Defendant United States respectfully moves for a one-week extension of time, from January 19, 2021, to January 26, 2021, for the United States to support or withdraw confidential designations, pursuant to the Court's Order (ECF No. 47, filed 1/14/21). This is the first request for an extension of time.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act.

Recently, undersigned defense counsel has had to devote time and attention to other matters including two new matters, as well as training webinars. Monday, January 18, 2021 is a federal holiday. The parties recently filed a stipulation to extend to January 27, 2021, the deadline for Defendant to file its reply to Plaintiff's opposition to Defendant's

Motion for Summary Judgment. Also, the Court recently entered an Order (ECF No. 47, filed 1/14/21) directing Defendant to support or withdraw confidential designations as to documents filed under seal by Plaintiff with their opposition brief. Defense counsel requires additional time to consult with agency counsel to prepare support for or withdraw such confidential designations. Defense counsel has conferred with Plaintiffs' counsel who advised that there is no opposition to this requested extension. Accordingly, Defendant requests that the Court approve a one-week extension, from January 19, 2021, to January 26, 2021 to support or withdraw the confidential designations.

This stipulated request is submitted for the reasons explained above, in good faith, and not for purposes of undue delay.

Dated this 15th day of January 2021.

NICHOLAS A. TRUTANICH
United States Attorney

 /s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: January 15, 2021