# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DASHMESH ENTERPRISES INC., et al.,<br>    Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | Case No.: 2:19-cv-01655-GMN-NJK<br>**Order** |

On January 6, 2021, Plaintiffs filed a motion for leave to file under seal certain exhibits to their response to Defendant's motion for summary judgment. Docket No. 43. *See also* Docket No. 45 (sealed unredacted documents). The sole reason for their request was that Defendant had designated these documents confidential. *Id*. On January 26, 2021, Defendant withdrew the confidential and attorneys-eyes-only designations of the relevant documents. Docket No. 52. As a result, Plaintiffs withdrew their motion to seal. Docket No. 53.

Accordingly, the Court **INSTRUCTS** the Clerk's Office to **UNSEAL** all documents at Docket No. 45.

IT IS SO ORDERED.

Dated: January 27, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE