1  CHRISTOPHER CHIOU
Acting United States Attorney
2  District of Nevada
Nevada Bar No. 14853
3
PATRICK A. ROSE
4  Assistant United States Attorney
Nevada Bar No. 5109
5  501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
6  (702) 388-6336
patrick.rose@usdoj.gov
7
*Attorneys for Defendant*
8  *United States*

9                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
10

11  Dashmesh Enterprises, Inc. A Nevada        Case No. 2:19-cv-01655-GMN-NJK
Corporation d/b/a Your Stop, and Ravinder
12  S. Grewal, an Individual, and Rajwant K.   **Stipulation and Order to**
Grewal, an Individual                      **Extend Date for Dismissal**
13
                    Plaintiff,              **(First Request)**
14
         v.
15
United States of America,
16
                    Defendant.
17

18       The parties, through undersigned counsel, stipulate to, and request from the Court,

19  an order extending by 60 days, from August 16, 2021, to October 15, 2021, the due date for

20  the parties to file a stipulation and proposed order for dismissal. This is the first request for

21  such an extension.

22       On June 16, 2021, the Court entered its Minutes of Proceedings, ECF No. 62, in

23  which the Court noted that the parties had reached a settlement and, therefore, set a due

24  date of August 16, 2021, for the filing of a stipulation and proposed order for dismissal.

25       After follow-up communications and drafts, the parties filed on August 12, 2021,

26  their settlement agreement in the form of the Stipulation and Order to Settle Case and

27  Strike Certain Documents, ECF No. 64, ("Settlement Stipulation"). The Settlement

28  Stipulation's terms include in essence that (i) an initial payment is due from Plaintiff to

                                          1

Defendant within 45 days of the Court's approval of the Settlement Stipulation, and (ii) the parties will file a stipulation and proposed order for dismissal reasonably soon after such initial payment and after certain moot documents are struck from the record.

As a result, the parties are not in position to file a stipulation and proposed order for dismissal by the current due date of August 16, 2021. Accordingly, the parties respectfully request that the Court approve this request to extend by 60 days, from August 16, 2021, to October 15, 2021, the due date for the parties to file a stipulation and proposed order for dismissal.

This stipulated request is submitted in good faith and not for purposes of undue delay.

Respectfully submitted this 12th day of August 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/  Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney
*Attorneys for the United States*

METROPOLITAN LAW GROUP, PLLC

*/s/ Andrew Z. Tapp*
ANDREW Z. TAPP
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 13, 2021
_____